UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
ARTHUR COTA,

                              Plaintiff,

    v.                                                              9:07-CV-0958
                                                                (TJM)(RFT)

SYRACUSE, NY; ASHCROFT; MANHATEN, NY,

                              Defendants.
--------------------------------------------------------------------------------

APPEARANCES:

ARTHUR COTA
42522
Plaintiff, *pro se*

THOMAS J. MCAVOY, SENIOR U.S. DISTRICT JUDGE

## **DECISION and ORDER**

      The Clerk has sent to the Court for review an amended Complaint filed by Arthur Cota ("Plaintiff" or "Cota"), pursuant to this Court's September 20, 2007 Order.

      The September Order found that:

> ... Cota's statement of claims is an incomprehensible grouping of word and phrases. It is not clear why the particular parties are named as Defendants, nor does the statement of Plaintiff's claims allege any wrongful conduct by any of the named Defendants. No facts are alleged in the Complaint which, in any way, would support any basis for awarding Cota either equitable or monetary relief. Dkt. No. 4.

      A review of the amended Complaint reveals that it is also an incomprehensible grouping of word and phrases that fails to set forth any actionable claim against the Defendants named therein. Dkt. No. 10.

      Accordingly, this action must be dismissed for failure to state a claim upon which relief may be granted.

WHEREFORE, it is hereby

ORDERED, that this action is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), and it is further

ORDERED that the Clerk serve a copy of this Decision and Order on the Plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

Dated: November 8, 2007

_____
Thomas J. McAvoy
Senior, U.S. District Judge